BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4842
Tina.naicker@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSIAH ALFRED ANTHONY MOORE, | No. 5:25-cv-01374-SK |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

1       IT IS ORDERED AND ADJUDGED that this case is reversed and remanded

2  pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social

3  Security for further administrative proceedings pursuant to this Court's ORDER

4  of remand, issued on December 4, 2025.

5

6  DATED: December 4, 2025 _____

7                 HONORABLE STEVE KIM

8                 UNITED STATES MAGISTRATE JUDGE